**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2002**

DEMETRIUS BRAXTON,

              Plaintiff - Appellant,

       v.

COOK MEDICAL INC.,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:12-cv-01186-LMB-TCB)

Submitted: December 17, 2013        Decided: December 19, 2013

Before KING, GREGORY, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Demetrius Braxton, Appellant Pro Se. Craig Crandall Reilly, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demetrius Braxton appeals the district court's order granting summary judgment to the Defendant on his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Braxton v. Cook Medical Inc., No. 1:12-cv-01186-LMB-TCB (E.D. Va. July 31, 2013). We deny Braxton's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2